UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------X  
JACK MALLETTE,

                    Plaintiff,

        - against -

VALLEY CENTRAL SCHOOL DISTRICT,  
et al.,

                    Defendants.  
-----------------------------------------------------------X

20-CV-11070 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By consent of the parties, this case has been assigned to me. Accordingly, by July 14, 2021, the parties shall jointly file a letter reporting status on progress of the case, any issues requiring attention of the Court, and whether the parties are interested in a settlement conference.

                                  SO ORDERED.

                                    _____  
                                    ROBERT W. LEHRBURGER  
                                    UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2021  
        New York, New York

Copies transmitted this date to all counsel of record.